# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DEBRA FARROW and ROBIN PERKINS, **PLAINTIFFS**
both individually and as Co-Administrators of
the ESTATE OF DEAUNTE FARROW

v.  NO. 3:07CV00189 JLH

ERIK SAMMIS, individually and in his official
capacity as an officer of the West Memphis Police
Department; JIMMY EVANS, individually and in his
official capacity as an officer of the West Memphis
Police Department; WILLIAM JOHNSON, individually
and in his official capacity as Mayor of the City of
West Memphis; ROBERT PAUDERT, individually and
in his official capacity as Chief of Police for the West
Memphis Police Department; the CITY OF WEST
MEMPHIS, ARKANSAS; and STEEPLE CHASE APARTMENTS  **DEFENDANTS**

## ORDER

Separate defendant Erik Sammis's motion to extend time to file a responsive pleading is GRANTED. Document #2. Mr. Sammis must file his responsive pleading to plaintiffs' complaint on or before February 11, 2008.

IT IS SO ORDERED this 7th day of January, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE