**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DEBRA FARROW and ROBIN PERKINS,                                    PLAINTIFFS
both individually and as Co-Administrators of
the ESTATE OF DEAUNTE FARROW

v.                                      NO. 3:07CV00189 JLH

ERIK SAMMIS, individually and in his official
capacity as an officer of the West Memphis Police
Department; JIMMY EVANS, individually and in his
official capacity as an officer of the West Memphis
Police Department; WILLIAM JOHNSON, individually
and in his official capacity as Mayor of the City of
West Memphis; ROBERT PAUDERT, individually and
in his official capacity as Chief of Police for the West
Memphis Police Department; the CITY OF WEST
MEMPHIS, ARKANSAS; and STEEPLE CHASE APARTMENTS         DEFENDANTS


**<u>ORDER</u>**

The Motion for Admission of Foreign Attorney Pro Hac Vice filed by Javier Michael Bailey

of The Walter Bailey Law Firm is GRANTED.  Document #4.  Mr. Bailey is hereby admitted to

appear before this Court pro hac vice as co-counsel for plaintiffs in this action.

IT IS SO ORDERED this 22nd day of January, 2008.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE