## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DEBRA FARROW and ROBIN PERKINS,                                    PLAINTIFFS
both individually and as Co-Administrators of
the ESTATE OF DEAUNTE FARROW

v.                                    NO. 3:07CV00189 JLH

ERIK SAMMIS, individually and in his official
capacity as an officer of the West Memphis Police
Department; JIMMY EVANS, individually and in his
official capacity as an officer of the West Memphis
Police Department; WILLIAM JOHNSON, individually
and in his official capacity as Mayor of the City of
West Memphis; ROBERT PAUDERT, individually and
in his official capacity as Chief of Police for the West
Memphis Police Department; the CITY OF WEST
MEMPHIS, ARKANSAS; and STEEPLE CHASE APARTMENTS          DEFENDANTS

## ORDER

The defendants have moved to dismiss the official capacity claims against the defendants

on the ground that those claims are redundant inasmuch as they are nothing more than claims against

the City, which is named as a defendant.  While some district courts have dismissed official capacity

claims when the governmental entity is a named defendant, others have not.  *Compare Hart v. Baca*,

2002 WL 368529, at *2 (C.D. Cal. Feb. 26, 2002) (declining to dismiss the official capacity claim

as redundant because "the plaintiff is master of his complaint") *with Luke v. Abbott*, 954 F. Supp.

202, 204 (C.D. Cal. 1997).  Absent any circuit court authority, the Court declines to dismiss the

official capacity claims because the plaintiff is the master of his complaint.  The motion to dismiss

is DENIED.  Document #22.

IT IS SO ORDERED this 25th day of February, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE