**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DEBRA FARROW and ROBIN PERKINS,                                           PLAINTIFFS
both individually and as Co-Administrators of
the ESTATE OF DEAUNTE FARROW

v.                                        NO. 3:07CV00189 JLH

ERIK SAMMIS, individually and in his official
capacity as an officer of the West Memphis Police
Department; JIMMY EVANS, individually and in his
official capacity as an officer of the West Memphis
Police Department; WILLIAM JOHNSON, individually
and in his official capacity as Mayor of the City of
West Memphis; ROBERT PAUDERT, individually and
in his official capacity as Chief of Police for the West
Memphis Police Department; and the CITY OF
WEST MEMPHIS, ARKANSAS                                                    DEFENDANTS

**ORDER**

Plaintiff's motion for dismissal of the separate defendant, Steeple Chase Apartments,

pursuant to Rule 41(a)2) of the Federal Rules of Civil Procedure is GRANTED.  Document #42.

Plaintiff's claims against separate defendant, Steeple Chase Apartments, are hereby dismissed

without prejudice.

IT IS SO ORDERED this 18th day of August, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE