IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DEBORAH FARROW, et al.**                                                               **PLAINTIFFS**

**v.**                           **CASE NO. 3:07CV00189 BSM**

**ERIK SAMMIS, et al.**                                                                    **DEFENDANTS**

## ORDER

Plaintiff Deborah Farrow moves [Doc. No. 67] for reconsideration of the order [Doc. No. 64] striking her notice of appeal and denying her motion to file a late appeal. Farrow's current motion, however, simply reargues her previous motion. Farrow's motion for reconsideration [Doc. No. 67] is therefore denied for the reasons set forth in the order striking her notice of appeal.

Dated this 22nd day of November 2011.

                                                                                           _____
                                                                                            UNITED STATES DISTRICT JUDGE